# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**UNITED STATES OF AMERICA**                                                                           **PLAINTIFF**

v.                                              No. 2:22-cr-12-DPM-1

**JARVIS PIPPEN**                                                                                         **DEFENDANT**

## ORDER

1. After conferring with counsel, Jarvis Pippen consented to a plea hearing before Magistrate Judge Beth Deere. On *de novo* review, the Court adopts her recommendation, *Doc. 47*. No objections were filed and the time to do so has passed.

2. Pippen, who had previously been convicted of a felony, knowingly possessed a firearm with a connection to interstate commerce on 3 March 2022 in the Eastern District of Arkansas, as charged in count one of the Indictment. He made a knowing and voluntary choice to plead guilty under the terms of his proposed plea agreement. The Court has reviewed and accepts that agreement. Fed. R. Crim. P. 11(c)(3)(A).

3. The Court accepts Pippen's guilty plea and convicts him of the offense.

4. A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 April 2023